THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
8                                AT SEATTLE

9    UNITED STATES OF AMERICA,            CASE NO. CR19-0133-JCC

10                     Plaintiff,         MINUTE ORDER

11            v.

12   DAVIS BATEMAN,

13                     Defendant.

14

15        The following Minute Order is made by direction of the Court, the Honorable John C.

16   Coughenour, United States District Judge:

17        This matter comes before the Court on Defendant's unopposed motion to continue the

18   pretrial motions deadline (Dkt. No. 18). Having thoroughly considered the motion and the

19   relevant record, the Court hereby GRANTS the motion and CONTINUES the pretrial motions to

20   January 3, 2020.

21        DATED this 20th day of December 2019.

22                                        William M. McCool
                                          Clerk of Court
23
                                          s/Tomas Hernandez
24                                        Deputy Clerk

25

26

MINUTE ORDER
CR19-0133-JCC
PAGE - 1